## John K. Kolar, Appellee, v. Lloyd R. Lightfoot, Appellant.

### Gen. No. 45,511.

Querrey & Harrow, for appellant; Edward J. Gulanick; no

appearance for appellee. Opinion by JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed November 5, 1951; released for publication November 20, 1951.